BEF: USAO 2018R00487



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. 18CR413 TDC |
| v. | * | |
| | * | **(Criminal Contempt,** |
| **LAMAR A. WILLIAMS,** | * | **18 U.S.C. § 401(3))** |
| | * | |
| Defendant | * | |
| | * | |

*******

### INDICTMENT

### COUNT ONE
**(Criminal Contempt)**

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times material to the Indictment:

1. Defendant **LAMAR WILLIAMS** ("**WILLIAMS**") was a resident of Baltimore County, Maryland.

2. The United States District Court for the District of Maryland ("District Court") was a "court of the United States" as defined in 18 U.S.C. § 401.

3. Defendant **WILLIAMS** filed a civil complaint in the matter of *Lamar A. Williams v. Baltimore County Government*, Civil Case Number JKB-17-066. The civil case was assigned to the Honorable James K. Bredar, the Chief United States District Judge of the United States District Court for the District of Maryland.

4. On or about February 9, 2018, Chief Judge Bredar entered an Order barring **WILLIAMS** from communicating with the Court except in a written and properly filed motion.

The February 9, 2018 Order further prohibited **WILLIAMS** from having any communications with chambers staff.

5. On or about March 6, 2018, following a telephone call to Chief Judge Bredar's chambers from **WILLIAMS**, Chief Judge Bredar issued a second order restating the first order that **WILLIAMS** was barred from communication with the Court except in written and properly filed papers. The March 6, 2018 order further stated that **WILLIAMS** was warned that any future violation of the Court's February 9, 2018 order may be the basis for a contempt proceeding and imposition of a sanction.

6. On or about June 1, 2018, **WILLIAMS** called Chief Judge Bredar's chambers stating that he would reject and not recognize any order entered by Chief Judge Bredar and that if **WILLIAMS'** phone call to chambers was a breach of that order, then "take it as you will" or words to that effect.

7. On or about June 12, 2018, **WILLIAMS** sent an email to Chief Judge Bredar's chambers complaining about the fact he was contacted by a Deputy U.S. Marshal regarding the February 9, 2018 and March 6, 2018 court orders.

8. On or about June 13, 2018, **WILLIAMS** sent an email to Chief Judge Bredar's chambers objecting to the court's no-contact order.

9. On or about June 20, 2018, **WILLIAMS** left a voice mail message with Chief Judge Bredar's chambers that was approximately 3 minutes and 39 seconds in length.

## The Charge

10.　On or about June 20, 2018, in the District of Maryland, the defendant,

**LAMAR A. WILLIAMS,**

did willfully disobey and resist a lawful writ, order and command of the United States District Court for the District of Maryland, that is, a court order dated February 9, 2018.

18 U.S.C. § 401

*Robert K. Hur /mch*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Dated: August 1, 2018